UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BETHANY FRYE,

    Plaintiff,                              Case No. 3:21-cv-334

vs.

KETTERING MEDICAL CENTER,        District Judge Michael J. Newman
                                                           Magistrate Judge Caroline H. Gentry

    Defendant.

_____

## ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:   November 7, 2022                           s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                   United States District Judge